MARCUS M. McCULLOUGH, as Trustee in Bankruptcy of FRANK AUDITORE, Bankrupt, Appellant, v. LOUISA AUDITORE, Otherwise Known as LULU AUDITORE,

Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.